82,848-01

NO. _____

TRIAL COURT NO. 12401-A

This document contains some
pages that are of poor quality
at the time of imaging.

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 10 2015

Abel Acosta, Clerk

IN RE JESSE FLORES # 1770272, relator

WRIT OF MANDAMUS

Pursuant to T.C.C P. art. 11.07, petitioner hereby files this extordinary writ with this Honorable Court of Criminal Appeals, and in support thereof would show the Court as follows:

1. Petitioner intends to file a writ of habeas corpus challenging the voluntariness of his plea agreement and waiver of right to appeal claiming ineffective assistance of counsel, competency issues and incomplete details of the proceedings neccessary to make an informed decision as secured by the U.S. Constitution's Sixth and Fourteenth amendments. "ineffective assistance argument survives a waiver of appeal only when the claimed assistance directly affected the validity of that waiver or the plea itself." seeU.S. v. White, 307 F.3d 336,341-44 (5th Cir. 2002)

2. The acts sought are material and not discretionary in nature.

3. Petitioner filed these same requets with the trial court , which failed or refused to rule, thereby exhausting all state remedies at law.

4. The case file in the possession of attorney Dominick J. Marsala was (generated during the representation of the petitioner and belongs to the petitioner) see Spivey v. Zant, 683 F.2d 881,885 (5th Cir.1982) . The case

file is needed to prove ineffectiveness of trial and appellate counsels as well as to develope evidence to support a genuine issue of fact.

5. The material sought is believed to contain exculpatory evidence and new evidence not presented to the pettioner or at trial " discovery is warranted where specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is entitled to relief." as in Reed v. Quarterman, 504 F.3d 465,471-72 (5th Cir.2007)

6. Petitioner has even requested the help of the State Bar with an active investigation against said attorney ( # 201500286).

7. This Honorable Court is aurthorized to issue ORDERS enfocing the acts sought in this writ per T.R.A.P. rules and can also remand this request to the trial court to be ruled upon.

WHEREFORE the petitioner prays this Honorable Court Order the afore-me tioned attorney to produce all material ge erated during the repres- entation of the petitioner within 20 days of the filing of this Order.

BE IT DECLARED that Dominick Marsala located at 1417 E. McKinney st. in Denton Texas 76209, is Ordered to surre der casefiles and all materials related to the representation of Jesse Flores # 1770272 at Telford Unit 3899 State Hwy 98 in New Boston Texas 75570

Respectfully submitted,

Jesse Flores # 1770272
Telford Unit
3899 State Hwy 98
New Boston, TX,75570

_____   _____
signature of judge         date

NO. _____

TRIAL COURT NO.12401-A

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

IN RE JESSE FLORES # 1770272, relator

WRIT OF MANDAMUS

Pursuant to T.C.C.P. art. 11.07, petitioner hereby files this extordinary writ with this Honorable Court of Criminal Appeals, and in support thereof would show the Court as follows:

1. Petitioner intends to file a writ of habeas corpus challenging the voluntariness of his plea agreement and waiver of right to appeal claiming ineffective assistance of counsel, competency issues and incomplete details of the proceedings neccessary to make an informed decision as secured by the U.S. Constitution's Sixth and Fourteenth amendments. "ineffective assistance argument survives a waiver of appeal only when the claimed assistance directly affected the validity of that waiver or the plea itself." see U.S. v. White, 307 F.3d 336,341-44 (5th Cir. 2002)

2. The acts sought are material and not discretionary in nature.

3. Petitioner filed these same requets with the trial court , which failed or refused to rule, thereby exhausting all state remedies at law.

4. The case file in the possession of attorney Dominick J. Marsala was (generated during the representation of the petitioner and belongs to the petitioner) see Spivey v. Zant, 683 F.2d 881,885 (5th Cir.1982) . The case

file is needed to prove ineffectiveness of trial and appellate counsels as well as to develope evidence to support a genuine issue of fact.

5. The material sought is believed to contain exculpatory evidence and new evidence not presented to the pettioner or at trial " discovery is warranted where specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is entitled to relief." as in Reed v. Quarterman, 504 F.3d 465,471-72 (5th Cir.2007)

6. Petitioner has even requested the help of the State Bar with an active investigation against said attorney ( # 201500286).

7. This Honorable Court is aurthorized to issue ORDERS enfocing the acts sought in this writ per T.R.A.P. rules and can also remand this request to the trial court' to be ruled upon.

WHEREFORE the petitioner prays this Honorable Court Order the afore-mentioned attorney to produce all material generated during the representation of the petitioner within 20 days of the filing of this Order.

BE IT DECLARED that Dominick Marsala located at 1417 E. McKinney st. in Denton Texas 76209, is Ordered to surrender casefiles and all materials related to the representation of Jesse Flores # 1770272 at Telford Unit 3899 State Hwy 98 in New Boston Texas 75570

Respectfully submitted,

_Jesse Flores_

Jesse Flores # 1770272
Telford Unit
3899 State Hwy 98
New Boston, TX,75570

_____     _____
signature of judge          date

NO. _____

TRIAL COURT NO.12401-A


IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

IN RE JESSE FLORES #  1770272, relator

---

WRIT OF MANDAMUS

---

Pursuant to T.C.C.P. art. 11.07, petitioner hereby files this extordinary writ with this Honorable Court of Criminal Appeals, and in support thereof would show the Court as follows:

1. Petitioner intends to file a writ of habeas corpus challenging the voluntariness of his plea agreement and waiver of right to appeal claiming ineffective assistance of counsel, competency issues and incomplete details of the proceedings neccessary to make an informed decision as secured by the U.S. Constitution's Sixth and Fourteenth amendments. "ineffective assistance argument survives a waiver of appeal only when the claimed assistance directly affected the validity of that waiver or the plea itself." seeU.S. v.White, 307 F.3d 336,341-44 (5th Cir. 2002)

2. The acts sought are material and not discretionary in nature.

3. Petitioner filed these same requets with the trial court , which failed or refused to rule, thereby exhausting all state remedies at law.

4. The case file in the possession of attorney Dominick J. Marsala was (generated during the representation of the petitioner and belongs to the petitioner) see Spivey v. Zant, 683 F.2d 881,885 (5th Cir.1982) . The case

file is needed to prove ineffectiveness of trial and appellate counsels as well as to develope evidence to support a genuine issue of fact.

5. The material sought is believed to contain exculpatory evidence and new evidence not presented to the petitioner or at trial " discovery is warranted where specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is entitled to relief." as in Reed v. Quarterman, 504 F.3d 465,471-72 (5th Cir.2007)

6. Petitioner has even requested the help of the State Bar with an active investigation against said attorney ( # 201500286).

7. This Honorable Court is aurthorized to issue ORDERS enfocing the acts sought in this writ per T.R.A.P. rules and can also remand this request to the trial court to be ruled upon.

WHEREFORE the petitioner prays this Honorable Court Order the afore-me tioned attorney to produce all material ge erated during the representation of the petitioner within 20 days of the filing of this Order.

BE IT DECLARED that Dominick Marsala located at 1417 E. McKinney st. in Denton Texas 76209, is Ordered to surre der casefiles and all materials related to the representation of Jesse Flores # 1770272 at Telford Unit 3899 State Hwy 98 in New Boston Texas 75570

Respectfully submitted,

Jesse Flores # 1770272
Telford Unit
3899 State Hwy 98
New Boston, TX,75570

_____     _____
signature of judge                      date